IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00726-JLK-MEH

LINDA HOPKINS,

    Plaintiff,

v.

ER SOLUTIONS, INC.,

    Defendant.

___

### ORDER OF DISMISSAL WITH PREJUDICE
___

THIS MATTER, having come before the Court on the parties' Stipulation for Dismissal with Prejudice (Doc. 21) , and the Court being fully advised in the premises, finds as follows:

IT IS HEREBY ORDERED that Plaintiff's Complaint and each claim for relief is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

SO ORDERED this the 18th day of September, 2009.

                                                BY THE COURT:

                                                *s/John L. Kane*
                                                United States District Court Judge